## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IBEW LOCAL 915,

     Plaintiff,

v.                                   Case No: 8:23-cv-196-SCB-AAS

CF BREEZE CONSTRUCTION LLC,

     Defendant.

_____

## NOTICE REGARDING CASE MANAGEMENT DEADLINES

     The Court advises the parties that most cases will be tried within 18 months of the filing date. In order to further the prompt resolution of this case, Judge Bucklew encourages the completion of discovery within 8 months after the filing of the Case Management Report. Parties seeking more than 8 months for discovery shall make such request, along with a showing of good cause, in an addendum to the Case Management Report.   A Pretrial Conference will be set at least 90 days after the dispositive motions  deadline. A trial will be scheduled for the month following the pretrial conference.

                                    SUSAN C. BUCKLEW
                              United States District Judge

January 30, 2023

                                    By: *Charmaine A. Black*
                                  Courtroom Deputy