UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,
LOCAL 915,
    Plaintiff,

v.                                       Civil Action No.:8:23-cv-00196-SCB-AAS

**CF BREEZE CONSTRUCTION, LLC,**
    **Defendant.**
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO SERVE EXPERT DISCLOSURES**

    Comes now Plaintiff, International Brotherhood of Electrical Workers Local 915 ("Local 915"), by and through undersigned counsel, and respectfully requests an extension of time under Fed. Rule Civ. P. 6(b), to serve its expert disclosures, and in support states as follows:

    1.    The Case Management and Scheduling Order provides that Plaintiff is to disclose the identity of the expert witnesses and expert reports by November 29, 2023, Defendant by December 29, 2023, with rebuttal reports due by January 30, 2024.

    2.    The parties are currently engaged in discovery. Plaintiff propounded a Request for Production on Defendant on September 23, 2023. Defendant filed the responses on October 23, 2023. The parties met and conferred regarding Defendant's answer to the Request for Production.

3. Defendant has advised Plaintiff that additional documents will be produced in response to the Requests for Production and that they will be sent sometime this week. This information will be vital in the evaluation of the damages in this case, since it pertains to relevant payroll data that will be used by the expert in his evaluation of the damages in this case. Without this data, the expert cannot produce an expert report.

4. Plaintiff requests that the deadlines for expert disclosures and accompanying reports be extended by an additional thirty (30) days each, that is, until December 29, 2023, for Plaintiffs; January 30, 2024, for Defendants with any rebuttal expert reports due by February 29, 2024.

5. The extension requested will not affect any other deadline in the case management order and is needed to adequately prepare the expert disclosures and reports in this case.

**WHEREFORE**, Plaintiff prays that this Court grant the extension requested.

## Local Rule 3.01(g) Certification

Counsel for Plaintiff conferred with Counsel for Defendant, and Defendant agrees to the relief sought in this motion.

Dated: November 29, 2023.

                                                                     Respectfully submitted by:

                                                                     *s/ Beatriz Annexy*
BEATRIZ L. ANNEXY, ESQ.
FL Bar No. 1019573
EGAN, LEV, & SIWICA, P.A.
Post Office Box 2231
Orlando, Florida 32802
Telephone: (407) 422-1400

Facsimile:  (407) 422-3658
bannexy@eganlev.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 29, 2023, I electronically filed the foregoing Defendant's Brief in Opposition to Motion to Dismiss, with the Clerk of the Court by using the CM/ECF system, which will send an electronic notification of filing to all counsel of record.

*/s/ Beatriz L. Annexy*
Beatriz L. Annexy