UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,
LOCAL 915,
      Plaintiff,

v.                              Civil Action No.:8:23-cv-00196-SCB-AAS

CF BREEZE CONSTRUCTION, LLC,
      Defendant.

_____/

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES

Comes now Plaintiff, International Brotherhood of Electrical Workers Local 915 ("Local 915"), by and through undersigned counsel, and respectfully requests an additional extension of time under Fed. Rule Civ. P. 6(b), to serve its expert disclosures, and in support states as follows:

1.      Plaintiff propounded a Request for Production on Defendant on September 23, 2023 and Defendant filed the responses on October 23, 2023.

2.      Since then, the parties have been engaged in discussions regarding the data required by Plaintiff's expert in order to assess the calculation of damages alleged in the complaint, as well as the possible resolution of the lawsuit.

3.      At this time, Plaintiff requests that the deadline for its expert disclosures and accompanying reports be extended by an additional thirty (30) days each, that is,

until January 30, 2024, with Defendant's expert report to be due by February 29, 2024, and any rebuttal by March 31, 2024.

4.      The parties recognize that the extension requested affects the deadline for discovery cutoff as set in the case management order to be February 13, 2024.  In the event the parties may require an extension of the discovery deadline, they will timely seek relief from the Court.

WHEREFORE, Plaintiff prays that this Court grant the extension requested.

### Local Rule 3.01(g) Certification

Counsel for Plaintiff conferred with Counsel for Defendant, and Defendant agrees to the relief sought in this motion.

Dated: December 28, 2023.

Respectfully submitted by:

s/ Beatriz Annexy
BEATRIZ L. ANNEXY, ESQ.
FL Bar No. 1019573
EGAN, LEV, & SIWICA, P.A.
Post Office Box 2231
Orlando, Florida 32802
Telephone:  (407) 422-1400
Facsimile:   (407) 422-3658
bannexy@eganlev.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2023, I electronically filed the foregoing Unopposed Motion to Serve Expert Disclosures, with the Clerk of the Court by using the

CM/ECF system, which will send an electronic notification of filing to all counsel of

record.

*/s/ Beatriz L. Annexy*
Beatriz L. Annexy
